# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WSP USA Buildings Inc.** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 1:24-cv-00076-DNH-TWD ) |
| **STEPHEN COON** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

Yvette Owens, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Arizona. That on February 20, 2024, at 12:56 pm at 9273 East Western Saddle Way, Scottsdale, AZ 85255, Deponent served the within Summons, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Stephen Coon, Defendant therein named, (hereinafter referred to as "subject") by personal service by handing the following documents to an individual identified as Stephen Coon.

Additional Description:
Served

White Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.6526851519,-111.8821812902
Photograph: See Exhibit 1

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

/s/ *Yvette Owens*
_____
Signature
Server Name: Yvette Owens
License#: Registered with
Maricopa County Superior Court,

Subscribed and sworn to before me this __26__ day of __February__, __2024__, by __Amber Jo Martinez__.
Witness my hand and official seal.

*Amber Jo Martinez*
_____
Notary Public

My commission expires:
__10/09/2027__

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA

Notarized online using audio-video communication

Amber Jo Martinez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 09, 2027

Below are my previous attempts at serving Stephen Coon:

Date / Time: February 20, 2024 12:49 pm
Address: 9273 East Western Saddle Way, Scottsdale, AZ 85255
Geolocation: https://google.com/maps?q=33.6523016554,-111.8819765468
Description: Avoiding. As I walked up to home, someone was talking. No one answered. Lights are on in the home, and the garage door was open with vehicles inside. Chevy #LYA 2LT.

