### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WSP USA BUILDINGS INC., | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00076-DNH-TWD |
| | ) |
| STEPHEN COON, | ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff WSP USA Buildings Inc. appeals to the United States Court of Appeals for the Second Circuit from the final Judgment and Order of the District Court for the Northern District of New York, entered in this case on the 25th day of January, 2024, dismissing Plaintiff's claims without prejudice and the Order, entered in this case on the 14th day of February, 2024, denying Plaintiff's Motion for Reconsideration of the District Court's Judgment and Order. The Parties to the Judgment and Orders appealed from and the names and addresses of their respective attorneys are as follows:

| Plaintiff-Appellant WSP USA Buildings Inc. | Defendant-Appellee Stephen Coon |
|---|---|
| Sean C. Sheely<br>Holland & Knight LLP<br>31 W. 52nd Street 12th Floor<br>New York, NY 10019 | Kristen A. Davis<br>Nicholas J. Faso<br>Cullen & Dykman LLP<br>80 State St., Suite 900<br>Albany, NY 12207 |

Dated: February 26, 2024

                                                                       */s/ Sean C. Sheely*
                                                                       Sean C. Sheely
                                                                       HOLLAND & KNGHT LLP

31 W. 52nd Street 12th Floor
New York, NY 10019
(212) 513-3200
Sean.Sheely@hklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Kristen A. Davis
Nicholas J. Faso
Cullen & Dykman LLP
80 State St., Suite 900
Albany, NY 12207


Dated: February 26, 2024

                                                  */s/ Sean C. Sheely*
                                                  Sean C. Sheely
                                                  HOLLAND & KNGHT LLP
                                                  31 W. 52nd Street 12th Floor
                                                  New York, NY 10019
                                                  (212) 513-3200
                                                  Sean.Sheely@hklaw.com