AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         :   ss.:
COUNTY OF NEW YORK       )

James Acevedo being duly sworn, deposes and states that he is not a party to the within action, is over the age of 18 years and resides in Kings County, New York.

That on the 26th day of February, 2024 deponent served the within Notice of Appeal upon:

Kristen A. Davis
Nicholas J. Faso
Cullen & Dykman LLP
80 State Street Suite 900
Albany, NY 12207

Stephen Coon
9273 East Western Saddle Way
Scottsdale, AZ 85255

at the addresses designated above for said purpose by enclosing a true copies in sealed, postage paid envelopes and depositing them into an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

James Acevedo

Sworn to before me this
26 th day of February, 2024

Notary Public

GLENN M. HUZINEC
Notary Public, State of New York
No. 01HU4873127
Qualified in Richmond County
Certified in New York County
Commission Expires October 6, 20 26

#242663304_v1