

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on February 26, 2024 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that all the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 27th day of February, 2024.

*John Domurad*
Clerk of Court

By:   Matthew Gerace
      Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | WSP USA Buildings Inc. v. Stephen Coon    1:24-cv-76 |
| Docket No. of Appeal: | [10] |
| Document Appealed: | Judgment |
| Fee Status: | Paid  X     receipt number ANYNDC-6632294 |
| Counsel: | Retained  X |
| Time Status: | Timely  X |
| Motion for Extension of Time: | N/A  X |
| Certificate of Appealability: | N/A  X |