**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WSP USA Buildings, Inc., <br><br>        Plaintiff, <br>vs. <br><br>Stephen Coon, <br><br>        Defendant. | Case No. 1:24-cv-76 (DNH/TWD) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Scott F. Gibson, an attorney with Denton Peterson Dunn, PLLC, counsel for Defendant Stephen Coon in the above- captioned action, hereby enters his appearance, certifies that he is admitted to practice pro hac vice in this Court, and requests that copies of all pleadings, notices, orders and other filings be sent to his attention at the following address, telephone number, and email address:

Scott F. Gibson
**DENTON PETERSON DUNN, PLLC**
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
480-325-9900
SGibson@DentonPeterson.com

1

Dated February 29, 2024.

                                                  **DENTON PETERSON DUNN, PLLC**

                                                  /s/ Scott Gibson
Scott F. Gibson (Admitted Pro Hac Vice)
1930 N. Arboleda Road, Suite 200
Mesa, AZ 85213
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On February 29, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system which will send notification of the filing to the following CM/ECF registrants. I also served a copy of the document via email and U.S. Mail to counsel at the following address:

> Sean C. Sheely
> Holland & Knight, LLP
> 31 West 52nd Street
> New York, NY 10019
> Sean.Sheely@hklaw.com
>
> Nipun J. Patel
> Justin Kadoura
> Holland & Knight, LLP
> 1650 Market Street, Suite 3300
> Philadelphia, PA 19104
> Nipun.Patel@hklaw.com
> Justin.Kadoura@hklaw.com
> *Counsel for Plaintiff*

/s/ Lindsey Rice